# United States District Court
### for the
### Western District of New York

United States of America
v.

**MICHAEL JONES**

*Defendant.*

Case No. 22-MJ- 600

## CRIMINAL COMPLAINT

I, JOHN T. DENZ the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 19, 2022, in the County of Genesee, in the Western District of New York, the defendant violated an offense described as follows:

knowingly and unlawfully possessing a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT JOHN DENZ.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

JOHN T. DENZ, SPECIAL AGENT, FBI
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: June 3, 2022

_____
*Judge's signature*

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State:  Rochester, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-                                                                                          22-MJ- 600

MICHAEL JONES

                                Defendant.

---

State of New York   )
County of Monroe  ) ss:
City of Rochester    )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, JOHN T. DENZ, being duly sworn, depose and state the following:

#### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have served in this capacity for approximately 2.5 years. I am currently assigned to the FBI Rochester Resident Agency in Rochester, New York. In my duties as a Special Agent, I investigate federal violations related to international and domestic terrorism, including violent crimes and firearm violations. I further state that I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I make this affidavit in support of a criminal complaint charging **MICHAEL JONES** (hereinafter "JONES") with violations of 18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a convicted felon).

3. The assertions made in this affidavit are based on information from various sources, including police records from Genesee County Sheriff's Office (GCSO). Further, I have had discussions with law enforcement officers and agents involved in this investigation who have confirmed the accuracy of the information contained within this affidavit. Because this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only the facts that relate to the issue of whether probable cause exists to believe that JONES committed the above-described offense.

## FACTS ESTABLISHING PROBABLE CAUSE

4. MICHAEL JONES is a 24-year old white male, who has no fixed address but is known by the FBI to be located near Charlotte, North Carolina. JONES is a convicted felon subsequent to two guilty pleas to Crime Against Nature. Your affiant has learned that these offenses are felony level offenses for which JONES could have received a prison term in excess of one year. Your affiant has also learned that JONES received a suspended prison term and was placed on supervision.

5. On or about October 12, 2017, JONES was arrested and booked for the aforementioned crime by the Alamance Sheriff's Office, located at 109 South Maple Street, Graham, North Carolina. On or about February 25, 2019, JONES pleaded guilty and was ultimately convicted as a felon which prohibits JONES from possessing firearms and ammunition under federal law.

6. An investigation by the FBI was initiated after JONES was arrested by the GCSO for being in criminal possession of firearms.

7. On March 19, 2022, deputies from the GCSO observed a gray Nissan Sentra traveling in the Town of Leroy, New York (NY). GCSO deputies conducted a traffic stop of the vehicle for various New York State traffic violations, including failure to signal before turning and vehicle maneuvering consistent with eluding. GCSO deputies identified the driver as MICHAEL JONES and the passenger as a person whose initials are PK.

8. The deputies observed several knives, military surplus gear, and two compound bows inside JONES' vehicle. A backpack was observed on the passenger side floorboard where PK was sitting. Bolt cutters were observed protruding from the backpack. Later, as part of the investigation, the deputies searched the backpack and located multiple pry bars, bolt cutters, and gloves which deputies believed to be consistent with burglary tools. The deputies also observed pepper spray and 7.62 X 51mm ammunition inside the vehicle.

9. When asked about the ammunition found in the vehicle, neither JONES nor PK claimed ownership. JONES later told deputies he owned everything in the vehicle except for the backpack located near the passenger seat and that the ammunition was genuinely for a rifle that was "someone else's." GSCO deputies asked JONES if there was a firearm inside the vehicle. JONES responded, "There shouldn't be."

10. GCSO deputies determined the license plate on the Nissan Sentra did not match the vehicle it was affixed to. North Carolina license plate JHW6979 was registered to a person whose initials are BW. The North Carolina plate was removed from the vehicle and the vehicle was towed from the scene.

11. Additional items were discovered in the vehicle during the inventory search, including various military surplus gear, Beofang handheld radios, additional knives, and the Army Tactical Combat Casualty Care handbook. A Palmetto State Armory AR-15 rifle, bearing serial number SCD729076, and a thirty-round Magpul PMAG magazine was found in the trunk of the vehicle. JONES stated, in sum and substance, he had purchased the firearm a "long time ago" but never fired it. JONES also said, in sum and substance, he brought it to New York from North Carolina.

12. On April 19, 2022, the FBI interviewed a person whose initials are HN at his residence. HN was shown a picture of JONES and positively identified him as Michael but did not recall his last name. FBI discussed with HN that HN and JONES worked together at the Cracker Barrel located at 135 Spring Forest Drive, Mebane, North Carolina. HN was shown a picture of the Palmetto State Armory rifle, serial number SCD729076, which was the one deputies recovered in connection with this investigation. At first HN said he did not recognize the rifle but then told FBI Agents he purchased the rifle for JONES. HN told FBI Agents he purchased the rifle through Palmetto State Armory website and picked it up at A-1 Guns in Graham, North Carolina. HN told agents, in sum and substance, JONES paid HN

using PayPal and showed the FBI Agents payment history on HN's PayPal. Upon seeing the history of the PayPal transaction from JONES, HN recalled JONES' last name.

13. The Palmetto State Armory AR-15 and magazine found in JONES' vehicle were in violation of the New York State SAFE Act. Specifically, the rifle was equipped with a flash hider, capable of accepting a removable magazine without a pinned magazine release, and was equipped with a telescopic stock. Subsequently, JONES was arrested for Criminal Possession of a Weapon and various traffic offenses. JONES was arraigned before the Honorable Judge Sehm of the Leroy Town Court and released under the supervision of Genesee Justice during the early morning hours of March 20, 2022. JONES is scheduled to return to court on June 16, 2022.

## CONCLUSION

14. Based on the foregoing, I submit there is probable cause to believe that, on or about March 19, 2022, in the Western District of New York, MICHAEL JONES committed violations of 18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a convicted felon).

*[signature]*
JOHN T. DENZ
FBI Special Agent

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d)
on June __3__, 2020

*[signature]* Marian W. Payson
HON. MARIAN W. PAYSON
United States Magistrate Judge